NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EARL SCOTT, DOC #S27489,                )
                                        )
            Appellant,                  )
                                        )
v.                                      )      Case No. 2D18-3863
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed August 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.

PER CURIAM.

            Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.